UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RUDY REYNOSA,

        Plaintiff,

                                      CASE NO.  5:05-cv-161

v

                                      HON. JANET T. NEFF

JAMES BRENNAN, et al.,

        Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt 110) filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the Opinion of the Court.

THEREFORE, IT IS ORDERED that:

1.  The Rule 56(c) Motion For Summary Judgment (Dkt 56) filed by Plaintiff Rudy Reynosa is DENIED.

2.  The Motion For Summary Judgment (Dkt 73) filed by Defendants Carter-Wagnor and Knebl is GRANTED.

3.  The Motion To Compel Defendant James Brennan To Defend Against Plaintiff's Motion For Summary Judgment (Dkt 94) filed by Plaintiff Rudy Reynosa  is DENIED AS MOOT.

      4.  The Motion For Submittance To Alternative Dispute Resolution (Dkt 100) filed by Plaintiff Rudy Reynosa is DENIED.


Date:  March 20, 2008                                        /s/ Janet T. Neff
                                                                                     JANET T. NEFF
                                                                                     United States District Judge