UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

RUDY REYNOSA,

      Plaintiff,                                       Case No. 5:05-cv-161

v.                                                     Hon. Janet T. Neff

JAMES BRENNAN, et al.,

      Defendant.
_____/

### JUDGMENT APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 20, 2008, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendant Brennan's Motion for Summary Judgment (Dkt. No. 105) is **GRANTED** and plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated: September 15, 2008                     /s/Janet T. Neff
                                                                            JANET T. NEFF
                                                                            UNITED STATES DISTRICT JUDGE